UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

St. Paul's School

   v.                                  Civil No. 06-cv-406-JD

The Travelers Indemnity Company

PROCEDURAL ORDER

    Pursuant to the provisions of 28 U.S.C. § 455, I recuse myself from this case.

    SO ORDERED.

                                                Joseph A. DiClerico, Jr.
                                                United States District Judge

November 2, 2006

cc: Wilbur A. Glahn, III, Esquire