## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

St. Paul's School

    v.                                      Civil No. 06-cv-406-JD

The Travelers Indemnity Company

### O R D E R

I recuse myself. Attorney Glahn is a member of my former law firm, which firm continues to represent me in estate planning matters.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: November 3, 2006

cc:   Wilbur A. Glahn, III, Esq.