**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>St. Paul's School</u>

   v.                                              Civil No. 06-cv-406-JD

<u>The Travelers Indemnity Company</u>


**O R D E R**

I recuse myself.  Attorney Glahn is a member of my former law firm, which firm continues to represent me in estate planning matters.

   **SO ORDERED.**

                          /s/ James R. Muirhead
                          James R. Muirhead
                          United States Magistrate Judge

Date: November 3, 2006

cc:   Wilbur A. Glahn, III, Esq.