**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**


**St. Paul's School**

　　　**v.**                                    Civil No. 06-cv-406-JD

**The Travelers Indemnity Company**


**O R D E R**


　　　I recuse myself from this case as Attorney Glahn is

on my recusal list.

　　　SO ORDERED.


　　　　　　　　　　　　　　　/s/Paul Barbadoro
　　　　　　　　　　　　　　　Paul Barbadoro
　　　　　　　　　　　　　　　United States District Judge

November 3, 2006

cc:  Wilbur Glahn, III, Esq.

Dockets.Justia.com