```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW HAMPSHIRE
```

**St. Paul's School**

    **v.**                                       Civil No. 06-cv-406-JD

**The Travelers Indemnity Company**


### O R D E R

    I recuse myself from this case as Attorney Glahn is on my recusal list.

    SO ORDERED.

                                                 /s/Paul Barbadoro
                                                 Paul Barbadoro
                                                 United States District Judge

November 3, 2006

cc:  Wilbur Glahn, III, Esq.