UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>St. Paul's School</u>,
    Plaintiff

    v.                        Civil No. 06-cv-406-JD

<u>The Travelers Indemnity Company</u>,
    Defendant

## <u>ORDER OF RECUSAL</u>

Plaintiff's counsel is on my recusal list, therefore, I am recusing myself from presiding over this case.

**SO ORDERED.**

Steven J. McAuliffe
Chief Judge

November 3, 2006

cc:  Wilbur A. Glahn, III, Esq.

Dockets.Justia.com