UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

St. Paul's School,
        Plaintiff

        v.                                    Civil No. 06-cv-406-JD

The Travelers Indemnity Company,
        Defendant

## ORDER OF RECUSAL

Plaintiff's counsel is on my recusal list, therefore, I am recusing myself from presiding over this case.

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

November 3, 2006

cc:  Wilbur A. Glahn, III, Esq.